EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Julissa Rivera Pérez | 2022 TSPR 90<br><br>209 DPR |

Número del Caso:  TS-18,029


Fecha:  5 de julio de 2022


Abogado de la parte peticionaria:

      Lcdo. Guillermo Figueroa Prieto



Materia:  Reinstalación al ejercicio de la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julissa Rivera Pérez

TS-18,029

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de julio de 2022.

Examinada la *Segunda solicitud de reinstalación a la práctica de la notaría* presentada por la Lcda. Julissa Rivera Pérez se provee ha lugar. Se reinstala a la licenciada Rivera Pérez al ejercicio de la notaría, condicionada a que nos acredite la adquisición de una fianza notarial buena y válida.

Una vez cumpla con lo anterior y se reinstale al ejercicio de la notaría, la licenciada Rivera Pérez tendrá la obligación de recoger la obra protocolar depositada y custodiada en el Archivo General de Protocolos del Distrito Notarial de San Juan.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo